IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| MATTHEW HEADLEY HOLDINGS, LLC, | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: 02-0654-CV-W-FJG |
| McCLEARY, INC., et al., | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

____  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**  **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that

pursuant to the opinion issued by The United States Court of Appeals for the Eighth Circuit in the above case and the agreement and stipulation of the plaintiff and defendants, the Court hereby enters final judgment including costs and post-judgment interest for the plaintiff and against defendant McCleary, Inc., in the total amount of **Two Million Two Hundred Forty Thousand Five Hundred Fifty Three Dollars and Sixty Five Cents ($2,240,553.65)**

| | |
|---|---|
| June 22, 2006 | Patricia L. Brune |
| Date | Clerk |
| | /s/ Rhonda Enss |
| | (by) Deputy Clerk |