# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

MATTHEW HEADLEY HOLDINGS, LLC,    )
                                      )

           Plaintiff,       )

                                      )  Case No.: 02-0654-CV-W-FJG

vs.                                )

                                      )

McCLEARY, INC., et al.,       )

                                      )

           Defendants.    )

## JUDGMENT IN A CIVIL CASE

_____  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

  **X**    **Decision by Court.**  This action came before the Court.  The issues have been determined and a decision has been rendered.

         IT IS ORDERED AND ADJUDGED that

         pursuant to the opinion issued by The United States Court of Appeals for the Eighth Circuit in the above case and the agreement and stipulation of the plaintiff and defendants, the Court hereby enters final judgment including costs and post-judgment interest for the plaintiff and against defendant McCleary, Inc., in the total amount of **Two Million Two Hundred Forty Thousand Five Hundred Fifty Three Dollars and Sixty Five Cents ($2,240,553.65)**

 June 22, 2006                Patricia L. Brune   
Date                                  Clerk

                                      /s/ Rhonda Enss          
                                      (by) Deputy Clerk