IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MATTHEW HEADLEY HOLDINGS, LLC, | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: 02-0654-CV-W-FJG |
| McCLEARY, INC., et al., | ) |
| Defendants. | ) |

## ORDER

On June 26, 2006, after the entry of the Court's Order granting the parties' joint motion to deposit funds (Doc. No. 445), non-party Polsinelli Shalton Welte Suelthaus PC ("Polsinelli") filed an objection (Doc. No. 447) to the parties' joint motion to deposit funds. After reviewing the objection (Doc. No. 447), plaintiff's response (Doc. No. 449), and Polsinelli's reply (Doc. No. 450), the Court finds that Polsinelli's objection should be **OVERRULED**.

Furthermore, the Court finds that plaintiff **SHALL** provide the Court with proposed dates for submission of a distribution schedule and proposed orders regarding same (as outlined on page two of Doc. No. 449) on or before **July 12, 2006.**

**IT IS SO ORDERED.**

**/S/ FERNANDO J. GAITAN, JR.**
Fernando J. Gaitan, Jr.
United States District Judge

Dated:      June 28, 2006
Kansas City, Missouri