IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MATTHEW HEADLEY HOLDINGS, LLC, ) <br> d/b/a HEARTLAND SNACKS ) <br> f/k/a INCITO CAPITAL GROUP, LLC ) <br>     Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> McCLEARY, INC., ) <br>     Defendant. ) | No. 02-0654-CV-W-FJG |

## ORDER

Pending before the Court is Plaintiff's Motion to Reconsider. (Doc. No. 534). The Court has reviewed the record, the relevant law, and the submissions of the parties and finds that reconsideration is not warranted. Therefore, plaintiff's motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: <u>October 22, 2007</u>.
Kansas City, Missouri.

<u>/s/ Fernando J. Gaitan, Jr.</u>
Fernando J. Gaitan, Jr.
Chief United States District Judge